# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK EUGENE MONTGOMERY,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 4:11-CV-589 |
| vs. | : | (Complaint Filed 3/29/11) |
| **MICHAEL ASTRUE,** | : | |
| **COMMISSIONER OF SOCIAL** | : | (Judge Caputo) |
| **SOCIAL SECURITY,** | : | |
| Defendant | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Mark Eugene Montgomery as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Mark Eugene Montgomery disability insurance benefits and supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

                                    s/A. Richard Caputo
                                    A. RICHARD CAPUTO
                                    United States District Judge

Dated: June 28, 2012